**RICHARDSON PARKING COMPANY, a Corporation,**

v.

**CAPITAL LAND COMPANY, a Corporation.**

No. 4941.

United States Court of Appeals, Tenth Circuit.

Oct. 19, 1954.

John A. Johnson, Oklahoma City, Okl., for appellant.

V. J. Bodovitz, Oklahoma City, Okl., for appellee.

Before PHILLIPS, Chief Judge, and KNOUS, District Judge.

PER CURIAM.

Appeal dismissed pursuant to agreement of counsel.

**UNITED STATES of America**

v.

**Mary C. HAGOOD.**

**UNITED STATES of America**

v.

**L. N. HAGOOD.**

Nos. 4863, 4864.

United States Court of Appeals, Tenth Circuit.

Sept. 7, 1954.

John F. Raper, Jr., U. S. Atty., and C. N. Bloomfield, Jr., Asst. U. S. Atty., Cheyenne, Wyo., and H. Brian Holland, Asst. Atty. Gen., and Ellis N. Slack, Spec. Asst. to the Atty. Gen., for appellant.

L. N. Hagood, Casper, Wyo., and Vincent Mulvaney, Cheyenne, Wyo., for appellees.

Before PHILLIPS, Chief Judge, and HUXMAN, Circuit Judge.

PER CURIAM.

Appeals dismissed pursuant to stipulation of the parties.

**Homer J. COX**

v.

**UNITED STATES of America.**

No. 5012.

United States Court of Appeals, Tenth Circuit.

Oct. 12, 1954.

Mary M. Dunlap, Albuquerque, N. M., for appellant.

Paul F. Larrazolo, U. S. Atty., and Melvin L. Robins, Asst. U. S. Atty., Albuquerque, N. M., for appellee.

Before PHILLIPS, Chief Judge, and PICKETT, Circuit Judge, and RITTER, District Judge.

PER CURIAM.

Docketed and dismissed on motion of appellee, for failure of appellant diligently to prosecute.